FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

_Sanders_
(Last Name)                    (Identification Number)

_Ralph_
(First Name)                    (Middle Name)

_Kemper Neshoba Reg     Corr, Faul_
(Institution)

_374 Stennis Industrail Park Rd_
(Address) _Dekalb Ms 39328_
(Enter above the full name of the plaintiff, prisoner, and address
plaintiff in this action)

V.

_Kemper County Court_

_Sheriff; James Moore_

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: _3:11cv159-HTW-LRA_
(to be completed by the Court)

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**NOV 29 2011**
**J. T. NOBLIN, CLERK**

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
**The plaintiff must fully complete the following questions.  Failure to do so may result in your case being dismissed.**

A.   Have you ever filed any other lawsuits in a court of the United States?                Yes ( ✓ )  No (    )

B.   If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you.  (If there
     is more than one action, complete the following information for the additional actions on the reverse side of this page or additional
     sheets of paper.)

1.   Parties to the action: _none_

2.   Court (if federal court, name the district; if state court, name the county): _____

3.   Docket Number: _____

4.   Name of judge to whom case was assigned: _____

5.   Disposition (for example; was the case dismissed? If so, what grounds? Was it appealed? Is it still
     pending?): _yes / miss the court date not knowing_

1

Dear Clerk
           J. T. Noblin


To anwser questions on page 1

question 2. The district Court never completed
one because lack Knowledge, it was dismiss or no
Understanding without a anttorney

question 3. I don't have record Docket Number here at
Jail

question 4. Do not remember, none of the case's was
Complete

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Ralph Sanders          Prisoner Number: _____

Address: 374 Stennis Industrail Park Road, DeKalb Mississippi 39328

_____

_____

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Gov Kemper County Court / James Moore          is employed as
Sherriff          at Kemper Neshoba
CCF

**The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s).  Therefore, the plaintiff is required to complete the portion below:**

PLAINTIFF:

NAME: Ralph Sanders          ADDRESS: 374 Stennis Ind, Park Rd   DeKalb Mississippi 39328

DEFENDANT(S):

NAME: Kemper County Court          ADDRESS:
sheriff ; James Moore          374 Stennis Industrail Park Rd / DeKalb Ms 39328

2

## GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (   )   No ( ✓ )

B.  Are you presently incarcerated for a parole or probation violation?

Yes (   )   No ( ✓ )

C.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (   )   No ( ✓ )

D.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (   )   No ( ✓ )

E.  Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes (   )   No ( ✓ ), if so, state the results of the procedure: _Just written Sheirtf / and family_

_tryed from outside_

F.  If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1.  Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution? Yes ( ✓ )   No (   )

2.  State how your claims were presented (written request, verbal request, request for forms): _letter to_ _Sheriff_

3.  State the date your claims were presented: _11-14-11_

4.  State the result of the procedure: _none_

3

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need;  attach extra sheet if necessary.)

Charge with sale of cocaine Dec 29, 2010, follow order of meeting, court date May 3, 2011 name wasn't called court or appointed atterney told me nothing return next term; July 2011, 3/days name wasn't called and no return date again Oct, 2011 next term called and my name wasn't on Court docket Oct 10, 2011  4, days later Oct, 14, 2011 arrested at my Job, for failure to appear, (285) days later  with a warrant and Indictment that do not carry seals  and likewise my understanding is the limit to Indict is 3-quarter of a year (275) days or (9) months 180 days This is over 285 days. I never heard of such, The Indictment nor Bench warrant have a seal on them. 78 more days would be a year (1) The limit to issue Indictment had expired

## RELIEF

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

That the court prepare docments correctly, in a timely Motther make-up for lost of Job, pain and trouble  at there jail (1) Million dollars for all stress, lost of family time and Hoildays and lost wages

Signed this 25th day of November, 20 11.

_Ralph Sanders, 374 stennis Industrail Park Rd DeKalb Mississippi 39328_
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

11-25-11
(Date)

_Ralph Sanders_
Signature of plaintiff

4

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF
                    MISSISSIPPI

Dear Clerk,

        J.T. Nobliln


In this case not only I'm thinking the days
had expired to issue Indictment, this docment
is without, (filed date stamp, and seal stamp,)
with a strip of yellow paper tape to the buttom
of the sheet, been more than (285) days later.
get an Indictment that I truely think the limit
of days had expired on, at this time haven't seen
an discovery. I showed up at the court house
atless (5) days name wasn't call once, the court,
nor the appointed ahttorney. could tell me of
a return date or why I wasn't on the court docket
for over (285) days, then come a few days (3) later
I having no knowledge of my name appear on
docket, Kemper County Officer came to my Job and
arrest me for failure to appear after going there
(5) days (May and July term) no one telling the frist time
to return on a said date of no time. (4) days after
arrest the court issued a Bench warrant that
have a issued written dated Oct 18, 2011/filed stamp
dated Oct 20, 2011, and like the Indictment (without
state seal) these docments are not right. it
no date of when Indictment was filed, and likewise
without (state seal)

This paper work is not right  the Indictment is without filed date and state seal. I know it's over (6) months pass before any paper was filed or name appear on court docket which was very unfair to me. I showed up all other time without court or anttorney giving a date. and was told my name wasn't on the docket the last term: on Oct 10,2011. but arrested Oct,14,2011 it no way I would have Known this, when. my anttorney never Knew anything to tell me, and the court wasn't telling me anything likewise not (1) word I'm asking and praying Complaint filed lost my Job cause of this likewise

Thanking you
in eatly Regards
Ralph Sanders
Ralph Sanders