IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RALPH SANDERS                              PLAINTIFF
    VS                            Cause No 3:13 cv 906
KEMPER COUNTY COURT ET al          DEFENDANTS

Dear
   Clerk



Come Now Plaintiff "Ralph Sanders" to show unto the court, how the Plaintiff Rights were violated, the indictment states Plaintiff exchange/sale to C.I. drugs, but however the C.I. statement states C.I. exchange hands with someone name "Charlie" without a last name, and however asume "mr Charlie" gotten drugs from Plaintiff Ralph Sanders

                              Thank you
                              Ralph Sanders
                              Ralph Sanders

## facts

1. THE Statement of C.I. states that C.I. gave money to a black male name "Charlie" without a full name and asumse "mr Charlie" gotten drug from Plaintiff inwhich is false

(2) The black male name "Charlie" have no (full name) or (no address)

(3) C.I. have wrong/Car, Tag number, Plaintiff,

if the Plaintiff was a drug dealer he would not deal with someone such as C.I. and black male name "Charlie"

(4) These are "Mr Gregory" (false facts) false information from the C.I./hearsay

(5) "Plaintiff" ask how Mr Gregory gotten affidavit for a warrant?

# CERTIFICATE

I, RALPH SANDERS, "PLAINTIFF" hereby certify that on this day, have forward the same or copy to the /or with the Clerk of the Court using the "United States Postal Service the document to the following

    Robert O. ALLEN (MSB #1525)
    WILLIAM R. ALLEN (MSB #100541)
    ALLEN, ALLEN, Breeland & ALLEN, PLLC
    214 Justice Street
    P.O. Box 751
    Brookhaven, MS 39602-0751

September 22, 2014

                        Ralph Sanders
                        Plaintiff