IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
~~EASTERN~~ NORTHERN DIVISION

**RALPH SANDERS**                                                                  **PLAINTIFF**

V.                                                           CIVIL ACTION NO. 3:13cv906 ~~4:11cv189-H~~TW-LRA

**KEMPER COUNTY COURT**
**AND SHERIFF JAMES MOORE**                                    **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on a joint *ore tenus* motion of the parties that this matter be dismissed with prejudice, and the Court, having considered the same, and it being made known to the Court that the parties are in agreement thereto, finds that said motion is well taken.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice, each party shall bear their own costs.

SO ORDERED and ADJUDGED this the 2nd day of February, 2015.

_____
~~DISTRICT COURT JUDGE~~
U.S. Magistrate Judge

AGREED AND APPROVED:

_____
KENNETH J. GRIGSBY, ESQ. (MSB #99911)
The Law Office of Kenneth J. Grigsby, PLLC
310 Edgewood Terrace Dr., Suite B
Jackson, MS 39206
Tel: (601) 405-4716
Fax: (601) 767-3700
*Attorney for Plaintiff*

_____
WILLIAM R. ALLEN, ESQ. (MSB #100541)
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
Fax 601-833-6647
*Attorney for Defendant*